AO 245B   (Rev. 09/08) Judgment in a Criminal Case (PROBATION ONLY)
v1   Sheet 1

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

FILED
E-FILED
Monday, 18 May, 2015 03:16:52 PM
Clerk, U.S. District Court, ILCD

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
MAY 18 2015

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (Probation Only) |
| ALICIA DAVIS | ) | Case Number: 14-30050-001 |
| | ) | USM Number: 19573-026 |
| | ) | Daniel L. Fultz |
| | | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   1

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1347 | Health Care Fraud | 04/19/2013 | 1 |

☐ See additional count(s) on page 2

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____  ☐ is  ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

05/15/2015
Date of Imposition of Judgment

s/ Sue E. Myerscough

Signature of Judge

SUE E. MYERSCOUGH, U.S. DISTRICT JUDGE
Name of Judge                  Title of Judge

5/18/15
Date

DEFENDANT: ALICIA DAVIS
CASE NUMBER: 14-30050-001

Judgment Page: 2 of 5

# PROBATION

The defendant is hereby sentenced to probation for a term of :

   3 years.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The Defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

- [ ] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*
- [x] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*
- [x] The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*
- [ ] The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*
- [ ] The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the following conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## CONDITIONS OF SUPERVISION

1. The defendant shall serve two (2) months in home confinement during her term of probation. The home confinement will start as soon as possible after completion of her intake by U.S. Probation and the setting up of monitoring. The defendant shall be monitored by radio frequency monitoring technology and shall abide by all technology requirements. She shall pay all or part of the costs of participation in the location monitoring program, if financially able, as directed by the U.S. Probation Office.

2. The defendant shall sign the rules of home confinement/location monitoring and comply with the conditions of home confinement. During this time, she will remain at her place of residence at all times and shall not leave except when such leave is approved in advance by the U.S. Probation Office, with the exception of school and any additional employment. She shall wear a location monitoring device and shall pay the cost of this program, if financially able, as directed by the U.S. Probation Office.

3. The defendant shall not purposefully or knowingly leave the judicial district in which she is approved to reside without the permission of the Court or the U.S. Probation Office.

4. The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.

5. The defendant shall follow the instructions and answer the questions of the probation officer truthfully, subject to her right not to incriminate herself under the Fifth Amendment.

6. The defendant shall conscientiously attempt to secure lawful and regular employment, defined as 40 hours per week, unless excused by the probation office for schooling, training, or other acceptable reason, such as child care, elder care, disability, age, or serious health condition. She shall notify the probation officer within 10 days or as soon as she knows of any change in employment status, which includes both the change from one position to another, as well as a change of workplace.

DEFENDANT: ALICIA DAVIS
CASE NUMBER: 14-30050-001

## CONDITIONS OF SUPERVISION

7. The defendant shall notify the probation officer at least ten days prior to, or as soon as she knows about, any change in residence.

8. The defendant shall permit her probation officer to visit her at home between the hours of 6 am and 11 pm, or at her place of employment or location of her treatment providers (only those provided through probation) during business hours. Visits outside of these time and place limits are permitted only for investigating a violation or in case of emergency. She shall permit confiscation of any contraband observed in plain view of the probation officer.

9. The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

10. The defendant shall not purchase, possess, use, distribute, or administer any controlled substance or psychoactive substance that impairs physical or mental functioning, except as prescribed by a doctor. She shall, at the direction of the U.S. Probation Office, participate in a program for substance abuse treatment including not more than six tests per month to determine whether she has used controlled or psychoactive substances. She shall abide by the rules of the treatment provider. She shall pay for these services as directed by the U.S. Probation Office, if financially able. If she is not able to pay for these services, she will not be required to do so. The defendant shall be subject to this condition until such time as the Probation Office determines that drug abuse treatment and drug testing are no longer necessary to assist her to avoid committing further crimes.

11. The defendant shall provide the U.S. Probation Office access to any requested financial information including both her business and personal tax returns.

12. The defendant shall not incur any new debts or open any additional lines of credit in excess of $500 without prior approval of the U.S. Probation Office.

13. The defendant shall disclose this conviction to any future employer.

AO 245B (Rev. 09/08) Judgment in a Criminal Case (PROBATION ONLY)
v1           Sheet 5 — Criminal Monetary Penalties

DEFENDANT: ALICIA DAVIS  
CASE NUMBER: 14-30050-001

Judgment Page: 4 of 5

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | Assessment | Fine   | Restitution |
|--------|------------|--------|-------------|
| TOTALS | $ 100.00   | $ 0.00 | $ 15,340.96 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| United States Department of Human Services | $7,670.48 | $7,670.48 | |
| Illinois Department of Human Services Division of Rehabilitative Services | $7,670.48 | $7,670.48 | |
| **TOTALS** | $15,340.96 | $15,340.96 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☑ the interest requirement is waived for the   ☐ fine   ☑ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 09/08) Judgment in a Criminal Case (PROBATION ONLY)
v1    Sheet 6 — Schedule of Payments

Judgment Page: 5 of 5

DEFENDANT: ALICIA DAVIS
CASE NUMBER: 14-30050-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑ Lump sum payment of $ 15,440.96 due immediately, balance due

  ☐ not later than _____ , or
  ☑ in accordance    ☐ C,  ☐ D,  ☐ E, or  ☑ F below; or

B  ☐ Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☑ Special instructions regarding the payment of criminal monetary penalties:

  The defendant shall make monthly payments of at least 30 percent of her disposable income per month during the entire term of probation or until the restitution obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

  Restitution in the amount of $15,340.96 ordered joint and several with related case no. 15-30009-001, USA v. Michelle Calhoun.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.